# EXHIBIT D

## US 10,019,136, Claim 1: Samsung Smartphone Applicability

| Claim 1 Elements | Applicability |
|---|---|
| A device, comprising: a screen; an input mechanism; at least one non-transitory memory storing instructions; and one or more processors in communication with the screen, the input mechanism, and the at least one non-transitory memory, wherein the one or more processors execute the instructions to cause the device to: | Samsung sells a variety of smartphones and tablets (e.g., Samsung Galaxy S10, Galxy Note, Galaxy Tab, etc.) having Google Photos installed ("Accused Devices"). Each of the Accused Devices includes a screen (i.e., the screen of the device), an input mechanism (i.e., the touchscreen circuitry enabling touch-based input with the screen), a hard drive or other non-transitory storage medium (e.g., the 128GB or 512GB hard drive options for the Galaxy S10), and a processor (e.g., the "8 ㎚ 64-bit Octa-Core Processor ※ 2.73 ㎓ (Maximum Clock Speed) + 2.31 ㎓ + 1.95 ㎓" or "7 ㎚ 64-bit Octa-Core Processor ※ 2.84 ㎓ (Maximum Clock Speed) + 2.41 ㎓ + 1.78 ㎓"). The processor is in communication with the screen, the input mechanism, and the non-transitory memory, i.e., by executing the apps (e.g., Google Photos) and an operating sytem installed on the Accused Devices. |
| display, utilizing the screen of the device, a plurality of indicia each including at least a portion of an image including a face; | The Accused Devices are designed to display, utilizing the screen of the device, a plurality of indicia (e.g., one or more pictures of a person and/or pet, etc.) each including at least a portion of an image including a face; |



"**Search your photos**

1. On your Android phone or tablet, open the Google Photos app .
2. Sign in to your Google Account.
3. In the box at the top, type what you want to find, for example:
   - New York City
   - For people or pets you've labeled: their name/label.

2

| | |
|---|---|
| | **Find photos of a person or pet & apply a label**<br>Use face groups to more easily search and manage your photos. After you apply a label, you can search for them using that label. Note that this feature is not available in all countries.<br><br>**STEP 1: Find photos of a person or pet**<br>1. On your Android phone or tablet, open the Google Photos app .<br>2. Sign in to your Google Account.<br>3. At the top, tap the search bar. You'll see a box with faces.<br>4. Tap a face to see more photos of them. To see more faces, tap the arrow.<br>(If you don't see this box, that means this feature is not available in your country, you turned it off in settings, or you don't have any groups.)<br>**STEP 2: Apply a label**<br>1. At the top of a face group, tap **"Who is this?"**<br>2. Enter a name/label. Now you'll be able to search with that label using the search box. Only you will see the private face labels you choose, even if you share those photos."<br>https://support.google.com/photos/answer/6128838?co=GENIE.Platform%3DDesktop&hl=en<br>(emphasis added) |
| receive, utilizing the input mechanism of the device, a user input indicating a selection of at least one of the plurality of indicia including at least a portion of a first image including a first face; | The Accused Devices are designed to receive user input (e.g., a user-instigated touch event) indicating a selection of one of the photos displayed on the Accused Device (i.e., a selection of at least one of the plurality of indicia including at least a portion of a first image including a first face—the one or more pictures of a person and/or pet) (annotated in red below). The Accused Devices are designed to receive the user input utilizing the input mechanism of the device (e.g., the touchscreen circuitry enabling touch-based input with the screen): |

| | |
|---|---|
|  | |
| after receiving the user input indicating the selection of the at least one of the plurality of indicia, display, utilizing the screen of the device, a set of images each including the first face that has been recognized in at least | After receiving the user input indicating the selection of one of the images including a face (i.e., the at least one of the plurality of indicia), the Accused Devices are designed to display a recognized face from the selected image. The Accused Devices are further designed to display, using the screen of the device, a set of images, each including the recognized face: |

| | |
|---|---|
| one of a plurality of images accessible via the device; | <br>(Selection of an image including a face)　　(Display of a set of images including the recognized face) |
| display, utilizing the screen of the device, a plurality of suggested identifiers for the first face; | The Accused Devices are designed to display, utilizing the screen of the device, a list of potential contact names (i.e. a plurality of suggested identifiers) (annotated in red below) to match with the face in the selected image (i.e., the first face):<br><br>**"Find photos of a person or pet & apply a label** |

|  | Use face groups to more easily search and manage your photos. After you apply a label, you can search for them using that label. Note that this feature is not available in all countries.<br><br>**STEP 1: Find photos of a person or pet**<br>1. On your Android phone or tablet, open the Google Photos app .<br>2. Sign in to your Google Account.<br>3. At the top, tap the search bar. You'll see a box with faces.<br>4. Tap a face to see more photos of them. To see more faces, tap the arrow.<br>(If you don't see this box, that means this feature is not available in your country, you turned it off in settings, or you don't have any groups.)<br><br>**STEP 2: Apply a label**<br>1. At the top of a face group, tap **"Who is this?"**<br>2. Enter a name/label. Now you'll be able to search with that label using the search box. Only you will see the private face labels you choose, even if you share those photos."<br>https://support.google.com/photos/answer/6128838?co=GENIE.Platform%3DDesktop&hl=en<br>(emphasis added) |



("Add a name" brings up potential Contact matches)

(Potential contact matches)

| | |
|---|---|
| receive, utilizing the input mechanism of the device, a user input indicating at least one of the suggested identifiers | The Accused Devices are designed to receive, utilizing the input mechanism of the device (e.g., the the touchscreen circuitry enabling touch-based input with the screen), a user input (e.g., a selection of an existing contact via a touch event, etc.) indicating at least one of the suggested identifiers (e.g., contact names/labels, etc.) (annotated by first red arrow below) or another identifier (e.g., a user- |

| | |
|---|---|
| or another identifier, for determining at least one identifier; | implemented text entry in a "New name" field, etc.), for determining at least one identifier (e.g., a new contact) (annotated by second red arrow below);<br><br>[screenshot of a mobile phone "New name" contact entry screen with a list of contacts and an on-screen keyboard; red arrows annotate the "New name" field and a contact avatar] |
| after receiving the user input indicating the at least one of the suggested identifiers or the another | On information and belief, the Accused Devices are designed to, after receiving the user input (e.g., a selection of an existing contact via a touch event, etc.), indicate the at least one of the suggested identifiers (e.g., an Existing Contact) or the another identifier (e.g., a user-implemented text entry in |

| | |
|---|---|
| identifier for determining the at least one identifier, cause storage of a correspondence between the at least one identifier and the first face; | the "New name" field, etc.) for determining the at least one identifier (e.g., a New Contact), and cause storage of a correspondence between the at least one identifier (e.g., a Contact Name) and the first face (e.g., the portrait or personal photo, etc.). For example, the Accused Devices show the photo associated with the name of a New Contact (e.g., "New Name") (annotated in red below) following the contact name-associated process described above:<br><br> |

| | |
|---|---|
| display, utilizing the screen of the device, the at least portion of the first image including the first face with identifier indicia associated with the at least one identifier, based on the correspondence; | The Accused Devices are designed to display, utilizing the screen of the device, the at least portion of the first image including the first face (e.g., the portrait or personal photo, etc.) with identifier indicia associated with the at least one identifier (e.g., the Contact Name "New Name"). On information and belief, the display of the image and the contact name is based on the correspondence of the image with the contact name.<br><br> |

| | |
|---|---|
| provide access to at least one option for sharing images; and | The Accused Devices are designed to provide access to at least one option for sharing images (e.g., sharing the selected image or photo album with a plurality of contacts via the selection of those contacts—contact selection annotated in red in the left image below). Alternatively, the Accused Devices are designed to provide access to sharing a photo or album via "Facebook or other apps," as annotated in red in the right image below).<br><br><br><br>(Direct selection of contacts for sharing)     (Sharing via "Facebook or other apps") |

| | |
|---|---|
| in connection with the at least one option for sharing images: receive, utilizing the input mechanism of the device, an email address, a phone number, or a name of at least one other person, | As described above, the Accused Devices are designed to provide access to at least one option for sharing images (e.g., sharing the selected image or photo album with a plurality of contacts via the selection of those contacts—contact selection annotated in red in the left image below).<br><br>In connection with the option for shaing images, the Accused Devices are designed to receive, utilizing the touchscreen circuitry enabling touch-based input with the screen, contact information from the address book of the Accused Devices (e.g., an email address, a phone number, or a name of at least one other person) for sharing (annotated in red below). Alternatively, the Accused Devices are designed to receive, utilizing the touchscreen circuitry enabling touch-based input with the screen, a new "name, phone number, or email" of at least one other person for sharing (annotated in blue below).<br><br> |

| | |
|---|---|
| display, utilizing the screen of the device, the plurality of indicia including the at least one of the plurality of indicia including the at least portion of the first image including the first face with the identifier indicia associated with the at least one identifier; | The Accused Products are designed to display, utilizing the screen of the device, the plurality of indicia (e.g., the faces of the "People & Pets" interface, etc.) including the at least one of the plurality of indicia including the at least portion of the first image including the first face (e.g., the portrait or personal photo of the third party, etc.) (annotated in red below) with the identifier indicia associated with the at least one identifier (e.g., the Contact Name) (annotated in blue below).<br><br>**NOTE**: :The images below have been edited to remove personally-identifying information from the photos for privacy reasons. Plaintiff represents that the blurred white portion of the highlighted image (the portion highlighted in blue below) is a Contact Name associated with the image (i.e., "identifier indicia accoiated with the at least one identifier").<br><br> |

| | |
|---|---|
| receive, utilizing the input mechanism of the device, a user input indicating a selection of the at least one of the plurality of indicia including the at least portion of the first image including the first face with the identifier indicia associated with the at least one identifier, and | The Accused Devices are designed to receive, utilizing the input mechanism of the device (e.g., the touchscreen circuitry enabling touch-based input with the screen), a user input (e.g., a selection action involving a touch event, etc.) indicating a selection of the at least one of the plurality of indicia (e.g., a selection of one of the faces of the "People & Pets" interface, etc.) including the at least a portion of the first image including the first face (e.g., the portrait or personal photo, etc.) with the identifier indicia associated with the at least one identifier (e.g., the Contact Name).<br><br>**NOTE**: :The images below have been edited to remove personally-identifying information from the photos for privacy reasons. Plaintiff represents that the blurred white portion of the highlighted image (the portion highlighted in blue below) is a Contact Name associated with the image (i.e., "identifier indicia associated with the at least one identifier").<br><br> |

| | |
|---|---|
| based on the user input indicating the selection of the at least one of the plurality of indicia including the at least portion of the first image including the first face with the identifier indicia associated with the at least one identifier, and utilizing the email address, the phone number, or the name of the at least one other person: cause sharing of at least a portion of the set of images each including the first face. | The Accused Devices are designed to, based on the user input (e.g., the selection action involving a touch event, etc.), indicate the selection of the at least one of the "People & Pets" from the interface (i.e. at least one of the plurality of indicia including the at least portion of the first image including the first face with the identifier indicia associated with the at least one identifier), and utilizing the email address, the phone number, or the name of the at least one other person: cause sharing of at least a portion of the set of images each including the first face (e.g., click the "Send" button after specifying all of the recipients from the collection of available contact indicia, etc.).<br><br> |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same in connection with any subsequent correlations.